Gail C. Lin (Bar No. 036752001)
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
E-mail: gcl@raisnerroupinian.com

*Attorneys for Plaintiff and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| SHEILA CASTILLERO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XTEND HEALTHCARE, LLC and STAFF MANAGEMENT SOLUTIONS, LLC,<br><br>Defendants. | NO. 22-cv-02099-ESK-MJS<br><br>**ORDER** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sheila Castillero hereby voluntarily dismisses her Complaint with prejudice as to Staff Management Solutions, LLC, and without prejudice as to Defendant Xtend Healthcare, LLC.

Dated:  December 6, 2024                         Respectfully submitted,

1

By: */s/ Gail C. Lin*

Gail C. Lin (Bar No. 036752001)
Jack A. Raisner (admitted pro hac vice)
Rene' S. Roupinian (admitted pro hac vice)
Isaac Raisner (admitted pro hac vice)

**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
E-mail: gcl@raisnerroupinian.com
E-mail: jar@raisnerroupinian.com
E-mail: rsr@raisnerroupinian.com
E-mail: isr@raisnerroupinian.com

**So Ordered.**

    **/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.D.J.**
**Date: December 9, 2024**

2

## CERTIFICATE OF SERVICE

I, Gail C. Lin, hereby certify that on December 6, 2024, a copy of *Plaintiff's Notice of Voluntary Dismissal* was filed electronically via the Court's ECF system and is available for viewing and downloading from the Court's ECF system, and that all counsel of record were served with a copy of the foregoing via the Court's ECF system.

/s/ *Gail C. Lin*
Gail C. Lin (Bar No. 036752001)